PROB 12B
(NYEP-6/15/07)

ANTON

# United States District Court
## for the
## Eastern District of New York

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

U.S. DISTRICT COURT E.D.N.Y
JUL 12 2007 ★
BROOKLYN OFFICE

Name of Offender: **Vincent Badalamenti**      Case Number **02-CR-1399(S-1)**

Name of Sentencing Judicial Officer: **Nicholas G. Garaufis, U.S.D.J.**

Date of Original Sentence: **December 19th, 2003**

Original Offense: **Extortionate Collection of Credit Conspiracy, in violation of 18 USC 894, a Class C felony**

Original Sentence: **Fifteen (15) months custody, three (3) years supervised release, $5,000 fine and $100 special assessment fee**

Type of Supervision: **Supervised Release**      Date Supervision Commenced: **April 15, 2005**

---

## PETITIONING THE COURT

☒      To modify the conditions of supervision as follows:

        Add the special requiring offender to serve a term of Home Confinement for a period of 90 days commencing on a date to be determined by the Probation Department. During that time, the offender will wear an electronic monitoring device, follow all requirements and procedures established for Home Confinement by the Probation Department, remain at his / her place of residence during any curfew period stipulated by the probation officer, and if directed, pay the costs of monitoring at the prevailing rate. The offender shall also maintain an operational telephone line at his / her residence without any special services. Fax machines, "dial-up" or "DSL" internet access attached to the telephone line dedicated to electronic monitoring is prohibited.

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Prob 12B / Page 2

## CAUSE

The defendant violated condition # 3 by failing to follow our instructions not to frequent social clubs on May 10, 2006 and thereafter. He has agreed to the proposed modification as evidenced by his signature on the attached Probation Form 49.

Respectfully submitted by,

Robert Anton
U.S. Probation Officer
Date: July 2, 2007

Approved by,

Anthony Castellano, SUSPO
Supervising U.S. Probation Officer
Date: July 2, 2007

THE COURT ORDERS:

☒ The Modification of Conditions as Noted Above
☐ Initiate violation proceedings
☐ Other

s/NGG
_____
Signature of Judicial Officer

7/3/07
_____
Date

PROB 49
(NYEP-10/28/05)

# United States District Court

## EDNY

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and the assistance of counsel before any unfavorable change(s) may be made in my conditions of Probation and/or Supervised Release or before my period of supervision can be extended. By assistance of counsel, " I understand that I have the right to be represented at a hearing by counsel of my choosing if I am able to retain counsel. I also understand that I have the right to request that the Court appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel. "

I hereby voluntarily waive my statutory right to a hearing and to the assistance of counsel. I also hereby agree to the following modification (s) of my conditions of Probation and/or Supervised Release or to the proposed extension of my term of supervision:

*For a period of __90__ days, the defendant shall remain in his or her home of record. The defendant is only authorized to leave for employment or other necessary activities with the approval, in advance, of the Probation Department. The home confinement period shall commence on a date approved by the Probation Department. While serving the period of home confinement, the defendant shall wear an electronic monitoring bracelet or similar tracking device and follow all requirements and procedures established for Home Confinement by the Probation Department and the Administrative Office of U.S. Courts. In addition, the defendant shall pay the costs of home confinement, including the price of electronic monitoring equipment, to the degree he or she is reasonably able. The defendant shall disclose all financial information and documents to the Probation Department to assess his or her ability to pay.*

Witness: _____  Signed: _____
U.S. Probation Officer                    Probationer or Supervised Releasee

6/29/07
Date